AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

JORGE NAVARRETE (a/k/a Omar Soler Mendez)

DISTRICT COURT NUMBER
CR08-0206 WDB

FILED MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of State Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Joseph P. Russoniello
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maureen C. Bessette

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed    Month/Day/Year

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☒ Initial Appearance

Defendant Address:
358 Treviso Court; Los Banos, CA 93635

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: April 8, 2008    Before Judge: Brazil

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4                                                            FILED
5                                                         MAR 31 2008
                                                    RICHARD W. WIEKING
6                                                  CLERK, U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA
7
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,           )   No. CR 08-0206 WDB
12                                     )
            Plaintiff,                 )   VIOLATION: Title 18, United States Code,
13                                     )   Section 1028(a)(4) - Possession of an
         v.                            )   Identification Document with Intent to
14                                     )   Defraud the United States
   JORGE NAVARRETE,                    )   (Class A Misdemeanor)
15  (a/k/a Omar Soler Mendez)          )
                                       )   OAKLAND VENUE
16          Defendant.                 )
                                       )
17  _____)

18                              I N F O R M A T I O N
19  The United States Attorney charges:
20      On or about December 5, 2006, in the Northern District of California, the defendant,
21                              JORGE NAVARRETE,
22                           (a/k/a Omar Soler Mendez)
23  knowingly possessed an identification document, authentication feature, and false identification
24  document, that was not an identification document issued lawfully for his use, to wit: a
25  Commonwealth of Puerto Rico birth certificate, with the intent that such document be used to
26  defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a
27  ////
28  ////

INFORMATION

Class A Misdemeanor.

DATED: March 31, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*W. [signature]*

W. DOUG SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: *[signature]* )
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION