

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*      *(510) 637-3680*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*      *FAX (510) 637-3724*

April 2, 2008

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Jorge Navarrete</u>, CR-08-0206-WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on April 8, 2008 for an initial appearance and arraignment. I have spoken to the defendant's attorney, John Paul Reichmuth, who has been in contact with his client. He and I have agreed upon the date and time above for the initial appearance and arraignment.

    Very Truly Yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney


    _____/s/_____
    SARALA V. NAGALA
    Law Clerk

cc: John Paul Reichmuth, Assistant Federal Public Defender