JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone:  (510) 637-3691
   Fax:  (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0206-WDB |
|     Plaintiff, ) | |
| v. ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| JORGE NAVARRETE, ) (a/k/a Omar Soler Mendez) ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

                                Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

DATED:  4/24/08                       /s/
                                MAUREEN C. BESSETTE
                                Assistant United States Attorney

NOTICE OF DISMISSAL (CR-08-0206-WDB)

1  The Court hereby grants leave to dismiss the above Information without prejudice.

2

3
   DATED: _____          _____
4                                        WAYNE D. BRAZIL
                                         United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 08-0206-WDB