JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3691
Fax: (510) 637-3724
Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

**FILED**
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0206-WDB |
| Plaintiff, ) | |
| v. ) | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION |
| JORGE NAVARRETE, ) (a/k/a Omar Soler Mendez) ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/24/08

/s/
MAUREEN C. BESSETTE
Assistant United States Attorney

cc: WDB's *chats*, Copy to parties via ECF, Pretrial, US Marshal

NOTICE OF DISMISSAL (CR-08-0206-WDB)

1 | The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: 4/25/08

WAYNE D. BRAZIL
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 08-0206-WDB